
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TIMOTHY ALTOMARE and
MELISSA ALTOMARE,
his wife,

      Plaintiffs,

vs.                       CASE NO.: 1:05-CV-190-SPM

PITTSBURGH CORNING CORPORATION
and HOME DEPOT USA d/b/a THE
HOME DEPOT,

      Defendants.

_____/

ORDER ACKNOWLEDGING SUGGESTION OF BANKRUPTCY AND
REQUIRING PERIODIC STATUS REPORTS

**THIS CAUSE** comes before the Court upon the "Notice of Automatic Stay" (doc. 8) filed by Defendant Pittsburgh Corning Corporation on December 20, 2005.  Pursuant to 11 U.S.C. § 362(a), the filing of a petition for bankruptcy acts as an automatic stay in most other proceedings, including the instant case. Thus, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    Defendant shall file periodic written reports on the status of its pending bankruptcy proceeding as it relates to the instant case.

Page 2 of 2

2. The first written report shall be filed on or before ***April 1, 2006.***

    Additional written reports shall be filed on the first day of every July, October, and January thereafter.

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao